No. 98–1856.  Hill et al. v. Colorado et al.  Sup. Ct. Colo.  [Certiorari granted, 527 U. S. 1068.]  Motion of the Solicitor Gen-

eral for leave to participate in oral argument as *amicus curiae* and for divided argument granted.